

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00449-CR

Eugene **TIDWELL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4975
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The reporter's record was due August 15, 2016. On August 23, 2016, court reporter Kay Gittinger filed a request for an extension of thirty days from August 23 to file the record. We **grant the motion in part** and **order** Kay Gittinger to file the reporter's record by September 14, 2016. *See* Tex. R. App. P. 35.3(c) (stating court of appeals must not grant an extension exceeding thirty days in an ordinary appeal).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court